IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTORIA J. BURRELL,

        Plaintiff,

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

Civil No. 04-771-BR

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses shall be awarded.

DATED this 1st day of September, 2005.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

Presented by:

_____   9/1/05
PHYLLIS BURKE, OSB #81459   Date
(503) 460-3200
Attorney for Plaintiff Burrell

ORDER